UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1399
(1:23-cv-00815-DJN-WEF)

_____

ASSOCIATION OF AMERICAN RAILROADS

    Plaintiff - Appellant

v.

JEHMAL T. HUDSON, in his Individual Capacity and Official Capacity as a Comissioner of the State Corporation Commission of the Commonwealth of Virginia

    Defendant - Appellee

and

STEPHEN BRICH, in his Individual Capacity and Official Capacity as the Commissioner of the Virginia Department of Transportation; MICHAEL ROLBAND, in his Individual Capacity and Official Capacity as the Director of the Virginia Department of Environmental Quality

    Defendants

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 10/23/2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk